E-FILED
Tuesday, 01 March, 2005  04:12:56 PM
Clerk, U.S. District Court, ILCD



# United States District Court

JOHN M. WATERS
CLERK OF COURT

CENTRAL DISTRICT OF ILLINOIS

TEL: 309.793.5778
FAX: 309.793.5878

OFFICE OF THE CLERK
40 POST OFFICE BUILDING
211 - 19TH STREET
ROCK ISLAND, ILLINOIS 61201

Date: __3/1/05__

Mr. Gino Agnello, Clerk
U.S. Court of Appeals
For the Seventh Circuit
219 S. Dearborn St., Room 2722
Chicago, IL  60604

Re: __USA__    v    __Donald Edwards__

D.C. Docket Number: __02-40143__
USCA Docket Number __04-1349__

Dear Mr. Agnello,

I am sending you herewith the original/supplemental Record on Appeal. It consists of the following:

__1__    Volumes of Pleadings

__10__   Volumes of Transcript

_____   Volumes of Depositions

__3__    Sealed Documents

Exhibits: __1 envelope of jury trial exhibits__

Impounded Exhibits: _____

Other: _____

Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

Very Truly Yours,
John M. Waters, Clerk

By: __S/Denise Koester__    ___ Deputy Clerk