**E-FILED**
Tuesday, 08 March, 2005  09:22:09 AM
Clerk, U.S. District Court, ILCD



# United States District Court

**JOHN M. WATERS**
CLERK OF COURT

### CENTRAL DISTRICT OF ILLINOIS

TEL: 309.793. 5778
FAX: 309.793. 5878

#### OFFICE OF THE CLERK
#### 40 POST OFFICE BUILDING
#### 211 - 19TH STREET
#### ROCK ISLAND, ILLINOIS 61201

Date: _____3/1/05_____

Mr. Gino Agnello, Clerk
U.S. Court of Appeals
For the Seventh Circuit
219 S. Dearborn St., Room 2722
Chicago, IL  60604

Re: _USA_____  v  _Donald Edwards_____

D.C. Docket Number: ___02-40143___
USCA Docket Number ___04-1349___

Dear Mr. Agnello,

U.S.C.A.—7th Circuit
**RECEIVED**

MAR 0 4 2005 DW

GINO J. AGNELLO
CLERK

# FILED

MAR 8 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

I am sending you herewith the original/supplemental Record on Appeal.  It consists of the following:

| | |
|---|---|
| __1__ | Volumes of Pleadings |
| __10__ | Volumes of Transcript |
| _____ | Volumes of Depositions |
| __3__ | Sealed Documents |

Exhibits: __1 envelope of jury trial exhibits_____

Impounded Exhibits: _____

Other: _____

Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

Very Truly Yours,
John M. Waters, Clerk

By: _S/Denise Koester_____ Deputy Clerk