E-FILED
Wednesday, 23 November, 2005 12:33:22 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) Case No. 02 CR 40143-JBM-ALL | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| DONALD F. EDWARDS, ) Chief Judge Joe Billy McDade | |
| ) | |
| ) | |
| Defendant. ) | |

FILED
NOV 2 3 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**UNOPPOSED MOTION FOR EXTENSION OF TIME
FOR FILING BRIEF REGARDING FEDERAL SENTENCING GUIDELINES**

For the reasons set forth below, Defendant Donald F. Edwards, by and through his attorney, respectfully move the Court to extend the date by which he is to submit a brief regarding the Federal Sentencing Guidelines issue from December 1, 2005 to and including December 22, 2005. In support thereof, he states as follows:

1. Charles J. Biro, counsel for Defendant Edwards, was assigned this case by the Seventh Circuit and is taking this case pro bono.

2. Defendant is unaware of any prejudice to the United States as a consequence of the granting of this motion, and justice and fairness and the obligation to deliver the effective assistance of counsel compels the filing of this motion for extension.

3. On June 23, 2005, the Seventh Circuit ordered a limited remand to ask the Court whether it would have imposed the same sentence under the Federal Sentencing Guidelines, had it know that those Guidelines were advisory. On November 10, 2005, this Court issued an order, requesting Counsel submit a brief within twenty-one days regarding Counsel's position on this issue.

4. Counsel for Defendant did not receive this Court's order until the week of November 14, 2005.

5. Since receipt of this order, Counsel's responsibilities in his other cases have prevented Counsel from completing a brief that would be of a quality commensurate with his duties as an advocate for Defendant Edwards.

6. In particular, Counsel spent November 16 through November 20 in rural Alabama (Geneva County) for another case. (*Alabama v. Yeomans*, Case No. CR-01-0701).

7. In addition, Counsel has not yet received various information that he believes necessary to draft the requested brief. In particular, Counsel has been unable to get in contact with Defendant to discuss the brief. Also, Counsel has requested, but has not yet received, materials from the Federal Prison in Phoenix, Arizona, which he believes are highly relevant to the Court's order.

8. Further, several personal matters will prevent completion of the brief. Counsel is scheduled for in-patient surgery December 1, with doctor's appointments and preparation beginning earlier in the week.

9. Finally, Counsel's law firm is moving its location over the Thanksgiving weekend. Counsel's and the Firm's resources have been substantially affected in preparing for this move.

10. Counsel for Defendant spoke with Assistant United States Attorney John K. Mehochko on November 21, 2005, in order to inform him of the need for this motion. Mr. Mehochko had no objection.

WHEREFORE, Defendant through Counsel moves that this Court grant this unopposed motion for the extension of the time for filing his brief from December 1, 2005 to December 22, 2005.

Respectfully submitted,

Donald F. Edwards

By: _____
One of his attorneys

Charles J. Biro
SIDLEY AUSTIN BROWN & WOOD LLP
Bank One Plaza, 10 S. Dearborn Street
Chicago, Illinois 60603
(312) 853-7000

Dated: November 23, 2005

## CERTIFICATE OF SERVICE

Charles J. Biro, an attorney, hereby certifies that on November 23, 2005, he caused true and correct copies of the foregoing UNOPPOSED MOTION FOR EXTENSION OF TIME FOR FILING BRIEF REGARDING FEDERAL SENTENCING GUIDELINES, to be served on the following:

### BY FEDERAL EXPRESS AND FACSIMILE:

John K. Mehochko
Assistant United States Attorney
1830 Second Ave.
Rock Island, IL 61201

Charles J. Biro

CH1 3385485v 1