UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 02-40143 |
| DONALD F. EDWARDS, | ) |
| Defendant. | ) |

## O R D E R

Pursuant to limited remand of this case from the Court of Appeals to allow the Court to advise whether it would have imposed the same sentence had it known at the time that the Sentencing Guidelines were merely advisory and only one of the several sentencing factors to be considered under 18 U.S.C. § 3553(a), the Court has solicited the opinion of counsel for the government and defendant.  Being fully advised in the premises, the Court would now advise the Court of Appeals that it would not have imposed the same sentence; rather, the Court would have imposed the mandatory minimum sentence of 120 months on Count 1; 60 months on Count 2 to run consecutively to Counts 1 and 4; and 120 months on Count 4 to run concurrently with Count 1.  A total sentence of 180 months would be sufficient but not more than necessary to satisfy the purposes of sentencing under 18 U.S.C. § 3553(a).  The Court finds that Defendant's advanced age of 58 would make him around 70 years old upon his expected release date.  The odds are great that he would no longer be a criminal threat to society at that age.

ENTERED this   12th   day of January, 2006.

s/Joe Billy McDade
JOE BILLY McDADE
United States District Judge