# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604



JUDGMENT - WITH ORAL ARGUMENT

Date: June 23, 2006

BEFORE:      Honorable JOHN L. COFFEY, Circuit Judge

            Honorable DANIEL A. MANION, Circuit Judge

            Honorable DIANE P. WOOD, Circuit Judge

No. 04-1349

UNITED STATES OF AMERICA,
       Plaintiff - Appellee

v.

DONALD F. EDWARDS,
       Defendant - Appellant



Appeal from the United States District Court for the Central District of Illinois
No. 02 CR 40143, Joe Billy McDade, Judge

    Edwards' sentence is VACATED and the case is REMANDED for resentencing. The above is in accordance with the decisions of this court entered on 6/20/05 and 6/23/06.

(1061-110393)



FILED
JUL 18 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| UNPUBLISHED ORDER |
| --- |
| Not to be cited per Circuit Rule 53 |



# United States Court of Appeals
## For the Seventh Circuit
## Chicago, Illinois 60604

June 23, 2006

**Before**

Hon. JOHN L. COFFEY, *Circuit Judge*

Hon. DANIEL A. MANION, *Circuit Judge*

Hon. DIANE P. WOOD, *Circuit Judge*

No. 04-1349

| UNITED STATES OF AMERICA, | Appeal from the United States District |
| --- | --- |
| *Plaintiff-Appellee,* | Court for the Central District of Illinois |
| v. | |
| | No. 02-40143-001 |
| DONALD EDWARDS, | |
| *Defendant-Appellant.* | Joe Billy McDade, *Judge.* |

## ORDER

Donald Edwards was sentenced to 248 months' imprisonment for violations of 21 U.S.C. § 841(a)(1), 18 U.S.C. § 924(c), and § 922(g)(1). He appealed, arguing that the district court plainly erred by sentencing him under the formerly mandatory guideline regime. *See United States v. Booker*, 543 U.S. 220 (2005). We remanded to ask whether the district court judge would have imposed a different sentence had he known that the guidelines were advisory. *See United States v. Paladino*, 401 F.3d 471, 481 (7th Cir. 2005). He answered that he would. Thus, we VACATE Edwards' sentence and REMAND for resentencing.