# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

## NOTICE OF ISSUANCE OF MANDATE

E-FILED
Tuesday, 18 July, 2006 01:08:31 PM
Clerk, U.S. District Court, ILCD

DATE: July 17, 2006

TO: John M. Waters
United States District Court
Central District of Illinois
Room 40
211 - 19th Street
Rock Island, IL  61201

FROM: Clerk of the Court

RE: 04-1349
USA v. Edwards, Donald F.
02 CR 40143, Joe Billy McDade, Judge

FILED
JUL 18 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any.  A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

[ ] No record filed
[X] Original record on appeal consisting of:

**ENCLOSED:**                                    TO BE RETURNED AT LATER DATE:

| [1]  | Volumes of pleadings        | [ ] |
| [ ]  | Volumes of loose pleadings  | [ ] |
| [10] | Volumes of transcripts      | [ ] |
| [1]  | Volumes of exhibits         | [ ] |
| [ ]  | Volumes of depositions      | [ ] |
| [3]  | In Camera material          | [ ] |
| [ ]  | Other_____      | [ ] |

Record being retained for use                    [ ]
in Appeal No. _____

Copies of this notice sent to:        Counsel of record
[X]     United States Marshal
[X]     United States Probation Office

**NOTE TO COUNSEL:**
If any physical and large documentary exhibits have been filed in the above-entitled cause, they are to be withdrawn ten days from the date of this notice.  Exhibits not withdrawn during this period will be disposed of.

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate and record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

Date:  7/18/06                          S/Denise Koester
(1071-120397)                           Deputy Clerk, U.S. District Court