E-FILED
Wednesday, 24 October, 2007  09:50:26 AM
Clerk, U.S. District Court, ILCD



# United States District Court

JOHN M. WATERS
CLERK OF COURT

CENTRAL DISTRICT OF ILLINOIS

TEL: 309.793.5778
FAX: 309.793.5878

OFFICE OF THE CLERK
40 POST OFFICE BUILDING
211 - 19TH STREET
ROCK ISLAND, ILLINOIS 61201

Date: 10/24/07

Re: USA v Donald Edwards, Case #02-40143

Dear Attorney,

The Clerk's office has certain exhibits in the above mentioned case. The appeal time has expired and these exhibits need to be removed from our vault. If you wish to have the exhibits back, please submit by e-filing, a Motion for Return Of Exhibits. Please e-file your motion by 11/7/07 or the exhibits will be destroyed.

Very truly yours,

John M. Waters, Clerk
U.S. District Court