E-FILED
Tuesday, 06 November, 2007  03:09:07 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 02-40143 |
| | ) | |
| v. | ) | |
| | ) | |
| DONALD EDWARDS, | ) | GOVERNMENT'S MOTION |
| | ) | FOR RELEASE OF EXHIBITS |
| Defendant. | ) | |

COMES NOW the United States of America and respectfully moves the Court to authorize and direct the Clerk of Court for the Central District of Illinois to release and deliver Government's exhibits admitted in the above-captioned matter to the United States Attorney's office or its designated representative for such further disposition of said exhibits as may be necessary.

Respectfully Submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY

By: /s/ John Mehochko
John Mehochko
Assistant United States Attorney
Star Cres Building, 3rd Floor
1830 2nd Avenue
Rock Island, Illinois 61201
Tel: (309) 793-5884
Fax: (309) 793-5895

**CERTIFICATION OF SERVICE**

**I HEREBY CERTIFY** that on November 6, 2007, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system and a paper copy mailed to the following:

Charles J. Bio
Sidley Austin Brown & Wood
Bank One Plaza
10 S Dearborn St
Chicago, IL 60603

/s/ John K. Mehochko
John K. Mehochko
Assistant United States Attorney