

# United States District Court

| | | |
|---|---|---|
| JOHN M. WATERS<br>CLERK OF COURT | CENTRAL DISTRICT OF ILLINOIS | TEL: 309.793.5778<br>FAX: 309.793.5878 |

OFFICE OF THE CLERK
40 POST OFFICE BUILDING
211 - 19TH STREET
ROCK ISLAND, ILLINOIS 61201

November 13, 2007

| | | |
|---|---|---|
| USA<br><br>v.<br>Donald Edwards | )<br>)<br>)<br>)<br>) | CASE NO. 02-40143 |

### RECEIPT

RECEIVED from John M. Waters, Clerk, U.S. District Court for the Central District of Illinois the Government's trial exhibits in the above mentioned case.

DATE: 11/13/07

S/Jaclyn Cummings
Assistant U.S. Attorney or staff member

AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

**Central DISTRICT OF Illinois**

FILED OCT 1 2003 U.S. CLERK'S OFFICE ROCK ISLAND, ILLINOIS

USA v. Donald Edwards

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 02-40143

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Joe B. McDade | | |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| | | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
|---|---|---|---|---|---|---|
| 3 (not kept) | | 9/29/03 | | 9/29/03 | 9 mm handgun (Ruger) | Balma |
| 15 ✓ | | 9/29/03 | | 9/29/03 | plastic mug where money was | " |
| 6 (not kept) | | 9/29/03 | | 9/29/03 | 22 revolver | " |
| 2a ✓ | | 9/29/03 | | 9/29/03 | video tape of traffic stop | " |
| 2 ✓ | | 9/29/03 | | 9/29/03 | video tape of traffic stop | " |
| 8 (not kept) | | 9/29/03 | | 9/29/03 | bag of meth (ice chip substance) | " |
| 12a ✓ | | 9/29/03 | | 9/29/03 | photo of money | Collins |
| 12b ✓ | | 9/29/03 | | 9/29/03 | photo of money | " |
| 16 ✓ | | 9/29/03 | | 9/29/03 | money bands that were wrapped around $ | " |
| 4 ✓ | | 9/29/03 | | 9/29/03 | 2 gun magazines | " |
| 5 ✓ | | 9/29/03 | | 9/29/03 | 9 mm bullets | " |
| 7 ✓ | | 9/29/03 | | 9/29/03 | 22 bullets | " |
| 10 (not kept) | | 9/29/03 | | 9/29/03 | baggie | Lao |
| 17 ✓ | | 9/29/03 | | 9/29/03 | AZ title to Red Saturn | " |
| 9 ✓ | | 9/29/03 | | 9/29/03 | Ziploc that meth was in | " |
| 25 ✓ | | 9/29/03 | | 9/29/03 | certified copy of Edwards history (felony) | Phillips |
| 29 ✓ | | 9/29/03 | | 9/29/03 | " " of Edwards Clinton conviction | Sander |
| | 1 | | | | Copy of DEA 7 signed by Angelos | Angela |
| | 2 | | | | Chemical analysis report attached to DEA 7 | " |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

(67)